**Royce JACKSON and Timothy Arnold, Appellants,**

v.

**STATE of Missouri, DEPT. OF SOCIAL SERVICES, JACKSON COUNTY CHILDREN'S DIVISION, Respondent.**

**WD 79821**

Missouri Court of Appeals,
Western District.

Order filed: March 28, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 2017

Application for Transfer Denied June 27, 2017

Timothy Arnold, Appellant Pro-se

Royce Jackson, Appellant Pro-se

Sara H. Harrison, for Respondent

Before Division Three: Karen King Mitchell, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

## ORDER

PER CURIAM:

The Jackson County Children's Division found by a preponderance of the evidence that Royce Jackson and Timothy Arnold were guilty of abuse and neglect of a child. Jackson and Arnold petitioned the Jackson County Circuit Court for direct judicial de novo review. Their petition was dismissed. They now appeal the dismissal to this court.

Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).